**Sarah J. Ryan**
**OSB No. 83131**
sryan@bjllp.com
Ball Janik LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone: 503-228-2525

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS G. MAIER,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC HERITAGE HOMES, INC., an Oregon corporation, PACIFIC SANTA FE CORPORATION dba PACIFIC LAND MANAGEMENT, INC., and MARK ROCKWELL,<br><br>    Defendants. | Case No. 98-1095-ST<br><br>**AFFIDAVIT OF SARAH J. RYAN** In Support of Motion for Summary Judgment |

SARAH J. RYAN, being first duly sworn, deposes and states as follows:

1. I am an attorney with the law firm Ball Janik LLP, counsel for defendants in the above-entitled matter. I make this affidavit upon personal knowledge and in support of defendants' Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following documents and their corresponding, respective exhibit numbers:

Page 1 -- **AFFIDAVIT OF SARAH J. RYAN**     0192149.01

| | **Exhibit** | **Document** |
|---|---|---|
| 1 | | |
| 2 | 1 | Termination of Employment letter dated September 23, 1997 |
| 3 | 2 | Severance Benefits letter dated September 25, 1997 |
| 4 | 3 | Offer of Employment letter dated June 3, 1996 |
| 5 | 4 | Interoffice memo to Mark Rockwell from Doug Maier dated September 26, 1997 |

Attached are true and correct copies of excerpts from the following deposition:

| **Deponent** | **Date** |
|---|---|
| Douglas G. Maier | July 27-28, 1998 |

DATED this _____ day of June, 1999.

_____
Sarah J. Ryan

The foregoing instrument was acknowledged before me on this _____ day of June, 1999.

_____
NOTARY PUBLIC FOR OREGON
My Commission Expires:_____

Page 2 -- **AFFIDAVIT OF SARAH J. RYAN**  0192149.01

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525