Sarah J. Ryan
OSB No. 83131
sryan@bjllp.com
Ball Janik LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone: 503-228-2525

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS G. MAIER,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC HERITAGE HOMES, INC., an Oregon corporation, PACIFIC SANTA FE CORPORATION dba PACIFIC LAND MANAGEMENT, INC., and MARK ROCKWELL,<br><br>    Defendants. | Case No. 98-1095-ST<br><br>**AFFIDAVIT OF MARK ROCKWELL**<br>In Support of Defendants' Reply Memorandum in Support of Defendants' Motion for Summary Judgment and Memorandum in Opposition to Plaintiff's Motions to Strike |

I, MARK ROCKWELL, being duly sworn, deposes and states as follows:

1. I am named as an individual defendant in this matter and am President of defendants Pacific Heritage Homes, Inc. and Pacific Santa Fe Corporation. I make this affidavit of my own personal knowledge, and if called as a witness, am competent to testify hereto.

2. The document attached as Exhibit 3 to the Affidavit of Sarah J. Ryan in Support of Motion for Summary Judgment is a true and correct copy of the signed offer of employment letter,

Page 1 - **AFFIDAVIT OF MARK ROCKWELL**  0205292.01

1  from me to Mr. Maier, dated June 3, 1996.  I prepared that letter, and sent a copy to Mr. Maier.

2  Mr. Maier returned that letter, signed, to me.

3      3.    The document attached as Exhibit 4 to Ms. Ryan's affidavit is a memorandum to me

4  from Mr. Maier, dated September 26, 1997.  I received that memorandum on or about September

5  26, 1997 from Mr. Maier.

6      DATED this _____ day of September, 1999.

                                            _____

9                                              MARK ROCKWELL

11     The foregoing instrument was acknowledged before me on this ____ day of September,

12 1999.

14                                               NOTARY PUBLIC FOR OREGON

15                                               My Commission Expires:_____

Page  2 -- **AFFIDAVIT OF MARK ROCKWELL**    0205292.01

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525